BEFORE THE FIRST DIVISION, DECEMBER 9, 1965

*No. 69675.*—Reliance Merchandise Co. and Frank P. Dow Co., Inc. *v.* United States, protest 59/29571 (San Francisco).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of electric motors, less than one-tenth horsepower, similar in all material respects to those the subject of Abstract 66961, the claim of the plaintiffs was sustained.

**No. 69676.**—Kurt S. Adler, Inc., et al. *v.* United States, protests 64/21425, etc. (New York).

Opinion by OLIVER, J. In accordance with stipulation of counsel that the merchandise consists of plastic paperweights similar in all material respects to those the subject of Abstract 67488, the claim of the plaintiffs was sustained.